FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 6 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00620-BNB

MR. JOE W. JEAN-LOUIS,

    Plaintiff,

v.

GOVERNOR, State of Colorado, and
MAYOR, Denver, Colorado,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Joe W. Jean-Louis, is an inmate at the United States Penitentiary in Florence, Colorado. Mr. Jean-Louis initiated this action by filing *pro se* a "Complaint for Gross Negligence." On March 18, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Jean-Louis to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland directed Mr. Jean-Louis to file on the proper form a Prisoner Complaint and either to pay the filing fee or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Jean-Louis was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    On March 30, 2011, Mr. Jean-Louis filed a letter to the Court that does not address the deficiencies in this action or Magistrate Judge Boland's order directing him to cure the deficiencies in this action. Mr. Jean-Louis has not filed a Prisoner Complaint and he has failed either to pay the filing fee or to file a properly supported Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

    ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Jean-Louis failed to cure the deficiencies as directed.

    DATED at Denver, Colorado, this __26th__ day of __April__, 2011.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    LEWIS T. BABCOCK, Senior Judge
                                    United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00620-BNB

Joe W Jean-Louis
Reg. No. 23345-048
USP Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 26, 2011.

                                                GREGORY C. LANGHAM, CLERK

                                By:_____
                                        Deputy Clerk